# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK

CAMDEN OFFICE

MARTIN LUTHER KING JR. FEDERAL BLDG & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NEW JERSEY 07101

MITCHELL H. COHEN US COURTHOUSE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STS., ROOM 1050
CAMDEN, NJ 08101



WILLIAM T. WALSH
CLERK

TRENTON OFFICE
402 EAST STATE STREET
ROOM 301
TRENTON, NJ 08608

REPLY TO: CAMDEN

Direct Dial Telephone No.: (856) 757-5433

February 4, 2005

Brian Blackwell, Deputy Clerk
United States District Court
District of Delaware
844 N. King Street
Lockbox 18
Wilmington, DE  19801

      IN RE:    Combustion Engineering, Inc., Debtor
                     TIG Insurance Company and
                     The North River Insurance Company
                     v.
                     Combustion Engineering Inc. and Basic, Inc.
                     Miscellaneous No. 05-mc-0006(JEI)
                     Civil Action No. 04-cv-1550(JEI)

Dear Mr. Blackwell:

    Enclosed please find the following original documents to be filed in the above-captioned matters:

    (1)    Minutes of Oral Argument on Appellants' Motion for Leave to Appeal in Miscellaneous Case No. 05-mc-0006(JEI) held on 2/24/05; and

    (2)    Minutes of Hearing on Appeal in Civil Action No. 04-cv-1550(JEI) held on 2/24/05.

    An order memorializing Judge Irenas' decision with regard to the hearing in the miscellaneous case will be shortly forthcoming.  That order will close the miscellaneous case.  The Court reserved decision with regard to the hearing on appeal.  The Court's opinion and order will be rendered in the near future and forwarded directly to you.

    If you have any questions, please do not hesitate to contact me.

Very truly yours,
WILLIAM T. WALSH, CLERK

By:  Denise S. Howard, Deputy Clerk

dsh
Enclosures