IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>　　　　Debtor. | Chapter 11<br><br>Bankr. Case No. 03-10495 (JKF)<br><br>Adv. Proc. Case No. 03-53076 (JKF) |
| TIG INSURANCE COMPANY (solely as successor by merger to International Insurance Company), and THE NORTH RIVER INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>COMBUSTION ENGINEERING, INC.<br><br>and BASIC, INC.,<br><br>　　　　Defendants. | Civil Action No. 04-1550 (JEI) |

### PLAINTIFFS' MOTION FOR RECONSIDERATION
### OF APRIL 21, 2005 OPINION AND ORDER

　　　　Pursuant to Federal Rule of Bankruptcy Procedure 8015 and this Court's Local Rule of Civil Practice and Procedure 7.1.5, and for the reasons set forth in the accompanying memorandum of law, TIG Insurance Company (solely as successor by merger to International Insurance Company) ("International") and The North River Insurance Company ("North River") hereby move this Court to reconsider its April 21, 2005 Opinion (Dkt. No. 9) and Order (Dkt. No. 8) affirming the Bankruptcy Court's grant of summary judgment in favor of Defendants.

{DE039551.1}

| | |
|---|---|
| Dated: May 2, 2005 | /s/ Brian L/ Kasprzak<br>Brian L. Kasprzak (No. 3846)<br>MARKS, O'NEILL, O'BRIEN AND COURTNEY, P.C.<br>913 North Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-6538<br>Facsimile: (302) 658-6537<br>Email:  bkasprzak@mooclaw.com<br><br>Carter G. Phillips<br>SIDLEY AUSTIN BROWN & WOOD LLP<br>1501 K Street<br>Washington, D.C. 20005<br>Telephone (202) 736-8000<br>Facsimile (202) 736-8711<br>Email:  cphillips@sidley.com<br><br>Mark D. Plevin<br>Jonathan H. Pittman<br>Jennifer R. Devery<br>CROWELL & MORING LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004-2595<br>Telephone (202) 624-2500<br>Facsimile (202) 628-5226<br>Email:  mplevin@crowell.com<br>Email:  jpittman@crowell.com<br>Email:  jdevery@crowell.com<br><br>Counsel for plaintiffs TIG Insurance Company (solely as successor by merger to International Insurance Company) and The North River Insurance Company |

2230658

{DE039551.1}