IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re*:<br><br>COMBUSTION ENGINEERING, INC.,<br><br>    Debtor. | Chapter 11<br><br>Bankr. Case No. 03-10495 (JKF)<br><br>Adv. Proc. Case No. 03-53076 (JKF) |
| TIG INSURANCE COMPANY (solely as successor by merger to International Insurance Company), and THE NORTH RIVER INSURANCE COMPANY,<br><br>    Plaintiffs,<br>    v.<br><br>COMBUSTION ENGINEERING, INC.<br><br>and BASIC, INC.,<br><br>    Defendants. | Civil Action No. 04-1550 (JEI) |

**CERTIFICATE OF SERVICE**

    I, hereby certify that on **May 2, 2005**, I electronically filed **Plaintiffs' Motion for Reconsideration of April 21, 2005 Opinion and Order, and Memorandum in Support of Plaintiff's Motion for Reconsideration of April 21, 2005 Opinion and Order** with the Clerk of Court using CM/ECF which will send notification of such filings to the following:

    Curtis A. Hehn
    Pachulski, Stang, Ziehl, Young, Jones & Weintraub
    919 North Market Street, 16th Floor, P.O. Box 8705
    Wilmington, DE 19899-8705
    chehn@pszyjw.com

    **Counsel for Debtors Combustion Engineering, Inc. and Basic, Incorporated.**

I hereby certify that on **May 2, 2005**, I have caused to be mailed by United States Postal Service and electronic mail, the documents to the following non-registered participants:

Philip H. Hecht
Jeffrey N. Rich
Kirkpatrick & Lockhart, LLP
1800 Massachusetts Avenue, N.W.
Washington, DC 20036

**Counsel for Debtor Combustion Engineering, Inc.**

David M. Bernick
John Donley
Lisa G. Esayian
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

**Counsel for Debtor Basic, Incorporated**

Joseph D. Frank
Frances Gecker
Zane Zielinski
Frank/Gecker, LLP
325 North LaSalle – Suite 625
Chicago, Illinois 60610

**Counsel for Official Committee of Unsecured Creditors of Combustion Engineering, Inc.**

John E. Heintz
Gilbert Heintz & Randolph LLP
1100 New York Avenue, N.W., Suite 700
Washington, D.C. 20005

**Counsel for David T. Austern, Futures Claimants' Representative**

/s/ Brian L/ Kasprzak
Brian L. Kasprzak (No. 3846)
MARKS, O'NEILL, O'BRIEN AND COURTNEY, P.C.
913 North Market Street, Suite 800
Wilmington, Delaware 19801

{DE039544.1}

Telephone: (302) 658-6538
Facsimile: (302) 658-6537
Email: bkasprzak@mooclaw.com

Counsel for plaintiffs TIG Insurance Company (solely as successor by merger to International Insurance Company) and The North River Insurance Company